| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 9:98-CR-1001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR03-00295 DAE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Monica Tamiye Tate | South Carolina | Charleston |
| | NAME OF SENTENCING JUDGE | |
| | Sol Blatt, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 25, 2003 — TO April 24, 2008 |

OFFENSE

Bank Fraud
18, USC §1344

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUN 0 5 2003

DISTRICT OF HAWAII

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF HAWAII upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/23/03
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

(Form Revised in WP80 by D/SC - 9/97)