**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 30 2003
DISTRICT OF HAWAII

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
P.O. BOX 835
CHARLESTON 29402

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2003
at 12 o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

June 16, 2003

CR03-00295

Walter A.Y.H. Chinn, Clerk of Court
United States District Court
District of Hawaii
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-338

RE: 9:98-CR-1001    USA -v- Monica Tamiye Tate

Dear Clerk:

In response to the USPO Form 22 from your office, please find enclosed a certified copy of our docket sheet, the Indictment, the Judgment Order and the Order to transfer case.

Please acknowledge receipt by returning the enclosed copy of this letter indicating the date of receipt.

If you are in need of anything further from this office, please contact me at (843)579-1407.

LARRY PROPES, CLERK
BY: _____
Judy D. Edwards
Courtroom Deputy

cc: Scott Youngblood, USPO
    US Marshal Service
    Robert H. Bickerton, AUSA
RECEIVED
BY:_____ON_____

