CHASER Pre Extracted Criminal Docket as of June 16, 2003 8:36 pm
CLOSED

# U.S. District Court

District of South Carolina (Beaufort)
CRIMINAL DOCKET FOR CASE #: 9:98cr01001-all

USA v. Tate                                    Filed: 10/15/98

Dkt# in other court: None

Case Assigned to:                              Senior Judge Sol Blatt, Jr

| * Parties * | * Attorneys * |
|---|---|
| **MONICA TAMIYE TATE (1)**,<br>aka<br>Monica Santos<br>aka<br>Monica Powell<br>aka<br>Merle Tate<br>aka<br>Renee Santos<br>aka<br>Monica Christine Tate<br>defendant<br>[term 07/15/99] | Monica Tamiye Tate<br>[term 07/15/99]<br>uk address<br>Kevin Lamar Hanvy<br>[term 07/15/99]<br>[COR LD NTC ret]<br>Cooper Law Firm<br>2320 E North Street<br>Suite B<br>Greenville, SC 29607<br>864-271-9911 |
| **Pending Counts:** | **Disposition** |
| **18:1344A.F BANK FRAUD**<br>(1 - 7) | The defendant is hereby committed to the custody of the United States Bureau of prisons to be inprisoned for a total term of Five (5) months as to each of Counts 1-8, with each count to run concurrently. Said 5 month sentence to run concurrently with any State sentence defendant is now serving. While in prison, the defendant shall pay a special assessment fee of $800. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years as to each of Counts 1-7, and 3 years as to Count 8, each term to run concurrntly. The defendant shall pay restitution in the amount of $2,201.94 to the victims at the rate of not less than $50.00 per month. |

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| | Payments shall be made in monthly installments beginning 10 months after defendant is released from incarceration. (2) the defendant shall attend and participate in aprofram of mental health treatment as directed by the US Probation Officer until released from the program by the US Probatin officer; (3) the defendant shall participate in a program of testing and treatment for substance abuse as directed by the US Probation Officer until such time as she is released from the program by the Probation Officer. The defendant shall pay a special assessment of $800 while in prison with any remaining special assessment to be paid at the rate of $100 per month beginning 2 months after defendant is released from incarceration. At the time of sentencing, $2,138.00 will be credited toward the |
| | defendant's restitution which was money seized from her and was taken from the fraudulent activity at Nations Bank. (1 - 7) |
| 18:1546.F FRAUD AND MISUSE OF VISAS/PERMITS - Possession of stolen Green Card (8) | The defendant is hereby committed to the custody of the United States Bureau of prisons to be inprisoned for a total term of Five (5) months as to each of Counts 1-8, with each count to run concurrently. Said 5 month sentence to run concurrently with any State sentence defendant is now serving. While in prison, the defendant shall pay a special assessment fee of $800. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years as to each of Counts 1-7, and 3 years as to Count 8, each term to run concurrntly. The defendant shall pay restitution in the amount of $2,201.94 to the victims at the rate of not less |

| | |
|---|---|
| | than $50.00 per month. Payments shall be made in monthly installments beginning 10 months after defendant is released from incarceration. (2) the defendant shall attend and participate in aprofram of mental health treatment as directed by the US Probation Officer until released from the program by the US Probatin officer; (3) the defendant shall participate in a program of testing and treatment for substance abuse as directed by the US Probation Officer until such time as she is released from the program by the Probation Officer. The defendant shall pay a special assessment of $800 while in prison with any remaining special |
| | **assessment to be paid at the** rate of $100 per month beginning 2 months after defendant is released from incarceration. At the time of sentencing, $2,138.00 will be credited toward the defendant's restitution which was money seized from her and was taken from the fraudulent activity at Nations Bank. (8) |

**Offense Level (opening): 4**

**Terminated Counts:**

NONE

**Complaints:**

NONE

**U. S. Attorneys:**

**Matthew R Hubbell**
[term 07/15/99]
843-722-6254
[COR LD NTC]
7 State Street
Charleston, SC 29401
843-720-3184

# Docket Proceedings

The District of South Carolina began imaging appealable orders and judgments in January 1997.
Appealable orders and judgments filed after January 1997 should be present.

Sealed documents and documents in sealed cases are not available.

All documents relating to the "Fertilizer Group Litigation" are being scanned.
(Case Numbers: 7:01cv1001 - 7:01cv1907)

If you have problems finding an image that meets the specifications listed above, please contact Mary Louise Bishop @ 864-241-2704.

**Click on Image icon to view the document.**

| Date | Doc # | Image | Docket Entry |
|---|---|---|---|
| 10/15/98 | 1 | | INDICTMENT as to Monica Tamiye Tate (1) count(s) 1-7, 8 (dpat) [Entry date 10/16/98] |
| 10/15/98 | 2 | | ORDER for Issuance of Bench Warrant as to Monica Tamiye Tate Warrant issued ( Signed by Magistrate Judge Robert S. Carr ) (dpat) [Entry date 10/16/98] |
| 10/15/98 | -- | | Added Government Attorney Matthew R Hubbell (dpat) [Entry date 10/16/98] |
| 11/06/98 | -- | | WRIT of Habeas Corpus ad Prosequendum issued as to Monica Tamiye Tate for as needed (dpat) [Entry date 11/06/98] |
| 11/10/98 | -- | | NOTICE of Hearing as to Monica Tamiye Tate :, set Arraignment for 9:30 11/20/98 for Monica Tamiye Tate before Magistrate Judge Robert S. Carr (dpat) [Entry date 11/10/98] |
| 11/20/98 | -- | | ARREST of Monica Tamiye Tate (dpat) [Entry date 11/20/98] |
| 11/20/98 | -- | | Arraignment as to Monica Tamiye Tate held before Magistrate Judge Robert S. Carr Monica Tamiye Tate (1) enters Plea Not Guilty as to count(s) 1-7, 8 Counsel retained; Bond set at $50,000 Secured; Court reporter: Ruthie Nielson, esr (dpat) [Entry date 11/20/98] |
| 12/15/98 | 3 | | BENCH WARRANT Returned Executed as to Monica Tamiye Tate on 11/20/98 (dpat) [Entry date 12/15/98] |
| 12/17/98 | -- | | CASE assigned to Senior Judge Sol Blatt Jr. (goke) [Entry date 12/17/98] |
| 01/07/99 | -- | | NOTICE of Hearing as to Monica Tamiye Tate :, set |

| | | | |
|---|---|---|---|
| | | | Change of Plea Hearing for 3:30 1/22/99 for Monica Tamiye Tate before Senior Judge Sol Blatt Jr. (nrum) [Entry date 01/07/99] |
| 01/07/99 | -- | | Added for Monica Tamiye Tate Attorney Kevin Lamar Hanvy (nrum) [Entry date 01/07/99] |
| 01/22/99 | 4 | | Plea Agreement as to Monica Tamiye Tate (jedw) [Entry date 01/25/99] |
| 01/22/99 | -- | | Change of Plea Hearing as to Monica Tamiye Tate held before Senior Judge Sol Blatt Jr. Court Reporter: N. Jean Carrow. Defendant remanded to custody. (jedw) [Entry date 01/25/99] |
| 01/22/99 | -- | | PLEA entered by Monica Tamiye Tate . Court accepts plea. Guilty: Monica Tamiye Tate (1) count(s) 1-7, 8 (jedw) [Entry date 01/25/99] |
| 03/02/99 | -- | | WRIT of Habeas Corpus ad Prosequendum issued as to Monica Tamiye Tate for as needed until action concluded (dpat) |
| 06/08/99 | -- | | NOTICE of Hearing: set Sentencing for 12:30 6/28/99 for Monica Tamiye Tate Senior Judge Sol Blatt Jr. (jedw) [Entry date 06/08/99] |
| 06/23/99 | -- | | NOTICE of Hearing: reset Sentencing for 11:00 6/28/99 for Monica Tamiye Tate Senior Judge Sol Blatt Jr. (jedw) [Entry date 06/23/99] |
| 06/28/99 | -- | | Sentencing held before Senior Judge Sol Blatt Jr. Monica Tamiye Tate (1) count(s) 1-7, 8 Court reporter: Janet Finch (dpat) [Entry date 06/30/99] |
| 06/30/99 | 5 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Monica Tamiye Tate (dpat) [Entry date 06/30/99] |
| 07/15/99 | 6 | | JUDGMENT Monica Tamiye Tate (1) count(s) 1-7, 8 . The defendant is hereby committed to the custody of the United States Bureau of prisons to be inprisoned for a total term of Five (5) months as to each of Counts 1-8, with each count to run concurrently. Said 5 month sentence to run concurrently with any State sentence defendant is now serving. While in prison, the defendant shall pay a special assessment fee of $800. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years as to each of Counts 1-7, and 3 years as to Count 8, each term to run concurrently. The defendant shall also comply with the following additional conditions: The defendant shall pay restitution in the amount of $2,201.94 to the victims at rate of not less than $50.00 per month. Payments shall be made |

| | | | |
|---|---|---|---|
| | | | in monthly installments beginning 10 months after defendant is released from incarceration. (2) the defendant shall attend and participate in a program of mental health treatment as directed by the US Probation Officer until released from the program by the US Probatin officer; (3) the defendant shall participate in a program of testing and treatment for substance abuse as directed by the US Probation Officer until such time as she is released from the program by the Probation Officer. The defendant shall pay a special assessment of $800 while in prison with any remaining special assessment to be paid at the rate of $100 per month beginning 2 months after defendant is released from incarceration. ( Signed by Senior Judge Sol Blatt Jr. ), (dpat) [Entry date 07/15/99] |
| 08/10/99 | 7 | | AMENDED JUDGMENT: Monica Tamiye Tate (1) count(s) 1-7, 8 . The defendant is hereby committed to the custody of the United States Bureau of prisons to be inprisoned for a total term of Five (5) months as to each of Counts 1-8, with each count to run concurrently. Said 5 month sentence to run concurrently with any State sentence defendant is now serving. While in prison, the defendant shall pay a special assessment fee of $800. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years as to each of Counts 1-7, and 3 years as to Count 8, each term to run concurrntly. The defendant shall pay restitution in the amount of $4,339.94 to the victims at the rate of not less than $50.00 per month. Payments shall be made in monthly installments beginning 10 months after defendant is released from incarceration. (2) the defendant shall attend and participate in aprofram of mental health treatment as directed by the US Probation Officer until released from the program by the US Probatin officer; (3) the defendant shall participate in a program of testing and treatment for substance abuse as directed by the US Probation Officer until such time as she is released from the program by the Probation Officer. The defendant shall pay a special assessment of $800 while in prison with any remaining special assessment to be paid at the rate of $100 per month beginning 2 months after defendant is released from incarceration. At the time of sentencing, $2,138.00 will be credited toward the defendant's restitution which was money seized from her and was taken from the fraudulent activity at Nations Bank. ( Signed by Senior Judge Sol Blatt Jr. ) (dpat) [Entry date 08/11/99] |
| 08/10/99 | -- | | Case closed as to Monica Tamiye Tate (all defendants) (dpat) [Entry date 08/11/99] |
| 01/04/02 | 8 | | MOTION by USA as to Monica Tamiye Tate to Modify Conditions of Release (jedw) [Entry date 01/04/02] |
| 01/04/02 | 9 | | ORDER as to Monica Tamiye Tate granting [8-1] motion to Modify Conditions of Release as to Monica Tamiye Tate (1) (Signed by Senior Judge Sol Blatt Jr. ) (jedw) [Entry date 01/04/02] |

| 06/13/03 | 10 | | ORDER as to Monica Tamiye Tate Rule 21 Transfer out to the District of Hawaii Certified copies of the docket sheet, the Indictment, the Judgment and Commitment and the Order to Transfer sent to District of Hawaii. (Signed by Senior Judge Sol Blatt Jr ) (jedw) [Entry date 06/16/03] |
|---|---|---|---|

[END OF DOCKET: 9:98cr1001-0]