ORIGINAL FILED

IN THE DISTRICT COURT OF THE UNITED STATES    OCT 1 5 1998

FOR THE DISTRICT OF SOUTH CAROLINA    LARRY W. PROPES, CLERK
CHARLESTON, SC

BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 9:98-001 |
| ) | 18 U.S.C. § 1344 |
| v. ) | 18 U.S.C. § 1546(a) |
| ) | |
| **MONICA TAMIYE TATE,** ) | |
| a/k/a Monica Santos, ) | |
| a/k/a Monica Powell, ) | |
| a/k/a Merle Tate, ) | |
| a/k/a Renee Santos, ) | |
| a/k/a Monica Christine Tamiye Tate. ) | **INDICTMENT** |

**MAXIMUM SENTENCE THIS COUNT**
**FINE OF $ 1,000,000    (18 USC 3571)**
**AND/OR IMPRISONMENT FOR  30  YEAR(S)**
**AND A TERM OF SUPERVISED RELEASE OF**
**  5  YEAR(S) (18 USC 3583)**
**SPECIAL ASSESSMENT $ 100.00**
**(18 USC 3013)**

**COUNTS 1-7**
(Bank Fraud)

THE GRAND JURY CHARGES:

Introduction

1.    At all times material to this Indictment, the Navy Federal Credit Union ("NFCU") was a financial institution with deposits insured by the National Credit Union Share Insurance Fund. NFCU had branches in Parris Island and Beaufort, South Carolina.

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: _____
Deputy Clerk

## The Scheme to Defraud

2. From in or about May 1998 through in or about June 1998, in the District of South Carolina and elsewhere, **MONICA TAMIYE TATE, a/k/a Monica Santos, a/k/a Monica Powell, a/k/a Merle Tate, a/k/a Renee Santos, a/k/a Monica Christine Tamiye Tate**, did knowingly and willfully execute a scheme and artifice to defraud NFCU by making unauthorized withdrawals from another's account at various NFCU locations through the use of stolen identification documents.

3. It was part of the scheme and artifice that **TATE** stole identification documents from a United States Marine ("AOG") who held an account at NFCU.

4. It was also part of the scheme and artifice that **TATE** would use AOG's identification documents, without authorization, to negotiate counter checks drawn on AOG's account at various NFCU locations. To negotiate the counter checks, TATE would forge the signature of AOG on the checks.

5. It was also part of the scheme and artifice to defraud that **TATE** would use AOG's identification documents to make cash withdrawals from AOG's account at various NFCU locations.

6. On or about the dates set forth in each count below, **TATE** did execute the scheme and artifice to defraud NFCU by making fraudulent withdrawals from AOG's NFCU account as described in each count below:

| CT. | DATE/TIME | AMOUNT | TRANSACTION | NFCU LOCATION |
|---|---|---|---|---|
| 1 | 6/1/98 (15:48:59) | $200 | counter check | Parris Island |
| 2 | 6/1/98 (15:49:28) | $25 | cash withdrawal | Parris Island |

| 3 | 6/4/98 | $40 | cash withdrawal | Parris Island |
| 4 | 6/8/98 (10:29) | $410 | counter check | Parris Island |
| 5 | 6/8/98 (11:31) | $27 | cash withdrawal | Parris Island |
| 6 | 6/15/98 (10:40:32) | $120 | counter check | Beaufort |
| 7 | 6/15/98 (10:40:48) | $50 | cash withdrawal | Beaufort |

All in violation of Title 18, United States Code, Section 1344.

<u>**MAXIMUM SENTENCE THIS COUNT**</u>
FINE OF $ <u>250,000</u>   (18 USC 3571)
AND/OR IMPRISONMENT FOR <u>10</u> YEAR(S)
AND A TERM OF SUPERVISED RELEASE OF
<u>3</u> YEAR(S) (18 USC 3583)
SPECIAL ASSESSMENT $<u>100.00</u>
(18 USC 3013)

<u>**COUNT 8**</u>
(Possession of Stolen Green Card)

THE GRAND JURY FURTHER CHARGES:

From in or about May 1998 through on or about June 15, 1998, **MONICA TAMIYE TATE, a/k/a Monica Santos, a/k/a Monica Powell, a/k/a Merle Tate, a/k/a Renee Santos, a/k/a Monica Christine Tamiye Tate** did knowingly use, obtain, and possess, an alien registration receipt card ("green card") belonging to "AOG," which she knew to be unlawfully obtained by theft;

All in violation of Title 18, United States Code, Section 1546(a).

A <u>**TRUE**</u> BILL

/s/ **Jon Dinkel**
_____
FOREPERSON

/s/ J. René Josey
_____
J. RENÉ JOSEY (MRH)
UNITED STATES ATTORNEY