ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC CHING  6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2005

at 2 o'clock and 12 min. PM BP
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 03-295

| UNITED STATES OF AMERICA, | ) | Cr. No. 9:98-1001-01 (USDC-SC) |
|---|---|---|
|   Plaintiff, | ) | |
|   | ) | SATISFACTION OF JUDGMENT |
|   | ) | AND RELEASE OF NOTICE OF |
| vs. | ) | LIEN |
|   | ) | |
| Monica Tamiye Tate, | ) | |
|   | ) | |
|   Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric Ching, Assistant U.S. Attorney, states that on August 11, 1999, a Judgment in a Criminal Case was entered against Monica Tamiye Tate (SSN: xxx-xx-3527) in the U.S. District Court, District of South Carolina, ordering payment of a special assessment of $800.00, a fine of -0-, and restitution of $4,339.94.

4

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on August 25, 1999 at the Beaufort County Recorder, State of South Carolina, Document No. 9903291, and on September 15, 2003 at the Bureau of Conveyances, State of Hawaii, Document No. 2003-196989.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: 06-15-2005 , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: *(signature)*
EDRIC CHING
Assistant U.S. Attorney
Attorneys for Plaintiff

213.wp