# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-02173-JMA-ALL
Internal Use Only

Case title: USA v. Tate

Date Filed: 11/29/2006

Assigned to: Magistrate Judge Jan M. Adler

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 1 8 2006
CR 03-295 DAE-01
at 4 o'clock and 30 min PM
SUE BEITIA, CLERK

**Defendant**

**Monica Tamiye Tate** (1)   represented by **Mark A Chambers**
Law Office of Mark A Chambers
345 West 9th Avenue
Suite 200
Escondido, CA 92025
(760)489-1808
Fax: (760)489-0225
Email: chambers@mchambers.mpowermail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I hereby attest and certify on DEC 1 4 2006
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By R. Mulley Deputy

**Pending Counts**          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**              **Disposition**
18:3583.F

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2006 | 1 | Out Of District COMPLAINT as to Monica Tamiye Tate (1). (rxm) Modified on 11/30/2006 (rxm). (Entered: 11/30/2006) |
| 11/29/2006 | 2 | Minute Entry for proceedings held before Judge Jan M. Adler :Initial Appearance as to Monica Tamiye Tate held on 11/29/2006, attorney Mark A Chambers appointed for Monica Tamiye Tate. No Bail set as the dft's ID has not been established. Removal/ID Hearing set for 12/12/2006 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. (Tape #JMA06-1:2:15-2:19).(Plaintiff Attorney Rebecca Kanter, AUSA). (Defendant Attorney Andrew Lah, FD). (rfm, ) (Entered: 12/01/2006) |
| 11/29/2006 | | Arrest of Monica Tamiye Tate (r1r) (Entered: 12/13/2006) |
| 12/12/2006 | 3 | Minute Entry for proceedings held before Judge Jan M. Adler :Removal/ID Hearing as to Monica Tamiye Tate held on 12/12/2006. Waiver of Hearing filed. Order of Removal Filed. (Tape #2:42-2:48).(Plaintiff Attorney Rebecca Kanter, AUSA).(Defendant Attorney Mark A Chambers, CJA). (rxm) (Entered: 12/14/2006) |
| 12/12/2006 | 4 | WAIVER of Hearing (Probation/Supervised Release Violation) by Monica Tamiye Tate (rxm) (Entered: 12/14/2006) |
| 12/12/2006 | 5 | WARRANT of Removal to District of Hawaii Issued as to Monica Tamiye Tate. (rxm) (Entered: 12/14/2006) |