Waiver of Hearing (Probation/Supervised Release)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2006

at 4 o'clock and 30 min P
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MONICA TAMIYE TATE

Magistrate Case No. 06MJ2173

WAIVER OF HEARING
(Probation/Supervised Release Violation)

CR 03-295DAE-01

To: United States Marshal

I, **MONICA TAMIYE TATE**, charged in a proceeding pending in the District of Hawaii, with violating conditions of probation/supervised release, in violation of Title 18, United States Code, Section 3583, and having been arrested in the Southern District of California, and taken before the Honorable Jan M. Adler, United States Magistrate Judge for that district, who informed me of:

1. The alleged violation(s) committed by me (including written notice thereof prior to any revocation hearing);

2. My right to retain counsel or to request the appointment of counsel if I cannot obtain counsel;

3. My right to a preliminary hearing to determine whether there is probable cause to believe that a violation occurred, including my right to appear at the preliminary hearing, present evidence, and possibly question any adverse witness;

4. My right to a revocation hearing, upon a finding of probable cause, where I can appear, present evidence, and possibly question any adverse witness; and

5. My right to execute a waiver thereof.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A:

☑ identity hearing

☐ preliminary hearing

☐ revocation hearing in the district having jurisdiction

pursuant to Federal Rule of Criminal Procedure 32.1, and consent to the issuance of a warrant for my removal to the District of Hawaii, where the aforesaid charge (alleged violation) is pending against me.

DATED: 12-12, 2006.

x /s/ MONICA TAMIYE TATE
Signature of Defendant

/s/
Counsel for Defendant



RSK/tlp/December 8, 2006/Rev 12/02

I hereby attest and certify on DEC 1 4 2006
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By /s/ R. Miller  Deputy