Warrant of Removal Probation/Supervised Release (After Waiver of Hearing)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2006

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEC 12 3 33 PM '06

UNITED STATES OF AMERICA

v.

MONICA TAMIYE TATE

Magistrate Case No. 06MJ2173

**WARRANT OF REMOVAL**
(After Waiver of Hearing)

CR 03-295DAE-01

To: United States Marshal

A warrant having been issued in the District of Hawaii, charging defendant **MONICA TAMIYE TATE** with violating a condition of probation/supervised release, in violation of Title 18, United States Code, Section 3583, and the above-named defendant having been arrested in this district and, after waiving hearing, pursuant to Federal Rule of Criminal Procedure 32.1, having been committed by a United States Magistrate Judge to your custody pending her removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the District of Hawaii and there deliver her to the United States Marshal for that district or to some other officer authorized to receive her.

_____
HON. JAN M. ADLER
United States Magistrate Judge

Dated at San Diego, California, this _____ day of _____, 2006.

**RETURN**

District of Hawaii (at Honolulu)                    ss

Received the within warrant of removal the _____ day of _____, 2006, and executed same

_____
U. S. Marshal

By _____
Deputy Marshal

I hereby attest and certify on DEC 1 4 2006
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

RSK/tlp/December 7, 2006/Rev. 12/02