ORIGINAL    348341

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00295DAE-01 |
| MONICA TAMIYE TATE | |
| (Name and Address of Defendant) | |

*2006 APR 21 PM 4:30   U.S. MARSHALS SERVICE HONOLULU, HI.   RECEIVED*

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MONICA TAMIYE TATE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*

*JAN 30 2007*

*at 9 o'clock and 40 min A M*
*SUE BEITIA, CLERK*

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer/Deputy Clerk | APRIL 21, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at No Bail Warrant        By: David Alan Ezra, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Apr 21, 2006 | Tony Cole | Tony Cole |
| Date of Arrest | DUSM | |
| Jan 29, 2007 | | |