# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00295DAE |
| CASE NAME: | USA v. Monica Tate |
| ATTYS FOR PLA: | Ron Johnson |
| ATTYS FOR DEFT: | Alexander Silvert |
| USPO: | Futuina Tua |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/1/2007 | TIME: | 10:05am-10:10am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Defendant's Oral Request for a Continuance-GRANTED.

Order to Show Cause Why Supervised Released Should Not Be Revoked-CONTINUED to 2/6/2007 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager