# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 03-00295DAE

CASE NAME:      United States of America Vs. Monica Tate

ATTYS FOR PLA:      Leslie Osborne and Probation Officer Futuina Tua

ATTYS FOR DEFT:      Alexander Silvert

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 02/06/2007 | TIME: | 9:05am-9:23am |

COURT ACTION:  EP: Further Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant admitted to Alleged Violations of Supervised Release No. 1 and No. 2 at a previous Court Hearing held on 2/1/2007.

Court Hereby Revokes Supervised Release as to the Defendant.

Sentence as to Counts 1 through 7 of the Indictment-Imprisonment-36 Months as to each count to run concurrently.

Court Recommendations-1. Prison Facility-Victorville, Ca.
                2. 500 Hour Comprehensive Drug Treatment
                3. Mental Health Treatment
                4. Vocational/Educational Training

Mittimus Forthwith.

Defendant advised of her right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager