

AO 245D  (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2007

at __1__ o'clock and __52__ min. P M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA

v.

## MONICA TAMIYE TATE, aka Monica Santos, Monica Powell, Merle Tate, Renee Santos and Monica Christine Tamiye Tate
(Defendant's Name)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number:  **1:03CR00295-001**
USM Number:  95404-071

## Alexander Silvert FAFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of condition(s)  __Standard Condtion No. 6, Penal Code of the State of California and General Condition__  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **3527**

Defendant's Residence Address:
**Honolulu, Hawaii 96825**

Defendant's Mailing Address:
**Honolulu, Hawaii 96825**

February 8, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

FEB 14 2007

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00295-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | MONICA TAMIYE TATE, aka Monica Santos, Monica Powell, Merle Tate, Renee Santos and Monica Christine Tamiye Tate | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Offender failed to notify the Probation Office 10 days prior to any change in residence and employment, as the offender's whereabouts are unknown | |
| 2 | Ms Tate pled guilty and was sentence in San Diego Superior Court, North County, California, for Count 1: Penal Code 530.5(a)-Use personal identifying information of another; Count 7: Penal Code 530.5(a)-Use personal identifying information of another; Count 8: Penal Code 470(d)-Forgery of Checks, Money Order, Traveler's Checks, Etc. and Count 14:Penal code 459-Second degree burglary. | 10/18/2006 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:       1:03CR00295-001                              Judgment - Page 3  of  3
DEFENDANT:         MONICA TAMIYE TATE, aka Monica Santos, Monica Powell, Merle Tate, Renee Santos and
                   Monica Christine Tamiye Tate

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 36 MONTHS

This term consists of THIRTY-SIX (36) MONTHS as to each of Counts 1 through 7 of the Indictment, and TWENTY FOUR (24) MONTHS as to Count 8 of the Indictment,  all such terms to be served concurrently

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       1. Prison Facility-Victorville, CA
       2. 500 Hour Comprehensive Drug Treatment
       3. Mental Health Treatment
       4. Vocational/Educational Training

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ]  at ____ on ____.
       [ ]  as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ____.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.


                                                   _____
                                                          UNITED STATES MARSHAL


                                          By    _____
                                                          Deputy U.S. Marshal